```
                                           FILED

1  KRISTA HART
   Attorney at Law                         SEP 1 6 2005
2  State Bar #199650
   428 J Street, Suite 350                 CLERK, U.S. DISTRICT COURT
3  Sacramento, California   95814          EASTERN DISTRICT OF CALIFORNIA
   Telephone: (916) 731-8811               BY_____
4                                                  DEPUTY CLERK
   Attorney for Defendant
5  Angelina Walters

6

7                 IN THE UNITED STATES DISTRICT COURT

8               FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,     ) No. Cr.S. 04-040
                                 )
11           Plaintiff,          )
                                 )
12      v.                       ) ORDER FOR RELEASE FROM CUSTODY
                                 ) Angelina Walters
13 ANGELINA WALTERS,             ) xref 3056854
                                 )
14           Defendant.          )
                                 )
15
   TO: LOU BLANAS, SACRAMENTO COUNTY SHERIFF AT THE SACRAMENTO COUNTY MAIN
16 JAIL, 651 I STREET, SACRAMENTO, CALIFORNIA:

17 **It is hereby ordered** that Angelina Walters, xref 3056854, be released

18 from the custody of the Sacramento County Jail to the care and custody

19 of Krista Hart, Attorney at Law, (916) 730-5606.  Ms. Walters is to be

20 released at or before 8:00 p.m. on Friday, September 16, 2005.

21      Ms. Hart is directed to take Ms. Walters directly to the

22 residential treatment center: The Effort, 1550 Juliesse Avenue,

23 Sacramento, California, 95815.  Ms. Walters is to remain at the

24 residential treatment center until further order from the court.

25 Dated:  16 September 2005

26
                                    _____
27
                                    The Honorable Judge David F. Levi
28                                  United States District Court Judge
```