# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA

v.

**ANGELINA NICOLE WALTERS**

(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)

Criminal Number: **2:04CR00040 02**

KRISTA HART, ESQ.

Defendant's Attorney

## THE DEFENDANT:

[✔]      admitted guilt to violation of charges 1, 2, AND 3 as alleged in the violation petition filed on 5/7/2007 .

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violations:

| Violation Number | Nature of Violation | Date Violation Occurred |
| --- | --- | --- |
| 1 | FAILURE TO PARTICIPATE IN DRUG TESTING | 4/27/2007 |
| 2 | NEW LAW VIOLATION | 1/22/2007 |
| 3 | FAILURE TO NOTIFY PROBATION OFFICER OF CHANGE IN ADDRESS | 4/12/2007 |

The court:  [✔] revokes supervision heretofore ordered on   12/13/2005  .

        The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

        IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

06/07/2007

Date of Imposition of Sentence

/s/ David F. Levi

Signature of Judicial Officer

**HON. DAVID F. LEVI**, United States District Judge

Name & Title of Judicial Officer

June 13, 2007

Date

CASE NUMBER:         2:04CR00040 02                                    Judgment - Page 2  of  2
DEFENDANT:           ANGELINA NICOLE WALTERS

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 9 MONTHS .

ANY PREVIOUSLY IMPOSED CRIMINAL MONETARY PENALTIES THAT REMAIN UNPAID SHALL REMAIN IN EFFECT.

[✔]     The court makes the following recommendations to the Bureau of Prisons:
        The Court recommends that the defendant be incarcerated at the Dublin, California facility, but only insofar as this accords with security classification and space availability.

[✔]     The defendant is remanded to the custody of the United States Marshal.

[ ]     The defendant shall surrender to the United States Marshal for this district.
        [ ] at ___ on ___.
        [ ] as notified by the United States Marshal.

[ ]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
        [ ] before _ on ___.
        [ ] as notified by the United States Marshal.
        [ ] as notified by the Probation or Pretrial Services Officer.
        If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

        Defendant delivered on_____   to  _____

at _____ , with a certified copy of this judgment.


                                                            _____
                                                            UNITED STATES MARSHAL


                                                    By  _____
                                                            Deputy U.S.  Marshal